**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARY BILEK, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED PAYMENT CENTER INC. and )<br>DOE DEFENDANTS 1-10, )<br>    Defendants. ) | Case No. 1:18-cv-02870<br><br><br><br>Hon. Judge Sara L. Ellis |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Mary Bilek respectfully submits this notice of dismissal, and states as follows:

WHEREAS, Fed. R. Civ. P. 41(a)(1)(A)(i) provides that, "[s]ubject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;"

WHEREAS, no opposing party has served either an answer or a motion for summary judgment in this action, and the parties have otherwise agreed to settle Plaintiff's claims;

NOW, THEREFORE, Plaintiff respectfully gives notice of dismissal of this action with prejudice, with each party bearing its own costs.

                                                                          Respectfully submitted,

Dated: October 16, 2018                         By:  */s/ Alexander H. Burke*
                                                                     Alexander H. Burke
                                                                      Daniel J. Marovitch
                                                                      B<small>URKE</small> L<small>AW</small> O<small>FFICES</small>, LLC
                                                                      155 N. Michigan Ave., Suite 9020
                                                                      Chicago, IL 60601
                                                                      Telephone: (312) 729-5288
                                                                      aburke@burkelawllc.com
                                                                      dmarovitch@burkelawllc.com

                                                                      *Counsel for Plaintiff*